33689.   STATE HIGHWAY DEPARTMENT *v.* HOLLOWAY.

FELTON, J.   Where, in a land-condemnation proceeding, the decision of the court complained of was rendered on April 14, 1951, and the bill of exceptions assigning error thereon was tendered to the court for certification on May 11, 1951, such tender was not within 20 days of the decision complained of as required by Georgia Laws, 1946, pp. 726, 734; Code, § 6-902 (Ann. Supp.).

*Writ of error dismissed.   Sutton, C.J., and Worrill, J., concur.*

DECIDED SEPTEMBER 12, 1951.

*Eugene Cook, Attorney-General, Cam Dorsey Jr., Assistant Attorney General, Wright & Reddick,* for plaintiff.

*J. M. Forrester, Anthony A. May,* for defendant.

33271.   DREWRY *v.* THE STATE.

GARDNER, J.   This court in a judgment entered in this case (*Drewry* v. *State,* 83 *Ga. App.* 354, 63 S. E. 2d, 429), affirmed the judgment of the Superior Court of Clarke County, and the Supreme Court on certiorari having reversed the judgment of this court (*Drewry* v. *State,* 208 *Ga.* 239, 65 S. E. 2d, 916), the judgment of affirmance originally rendered by this court is vacated, and the judgment of the trial court is thus reversed.

This case was originally assigned to the second division of this court, and, there being a dissent in said division, was considered and decided by the court as a whole, as required by the act approved March 8, 1945 (Ga. L. 1945, p. 232). This opinion, following the ruling of the Supreme Court, is likewise submitted to the court as a whole.

*Judgment reversed.   Sutton, C.J., MacIntyre, P.J., Felton, Townsend, and Worrill, JJ., concur.*

DECIDED SEPTEMBER 13, 1951.

*Carlisle Cobb, Rupert A. Brown,* for plaintiff in error.

*D. M. Pollock, Solicitor-General,* contra.